Dismissed and Memorandum Opinion filed April 7, 2005









Dismissed and Memorandum Opinion filed April 7, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01226-CR

 NO. 14-05-00001-CR

____________

 

JOSEPH COLLINS,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
178th District Court

Harris County, Texas

Trial Court Cause Nos. 931,680
& 931,681

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to the offenses of robbery and
unauthorized use of a motor vehicle.  In
accordance with the terms of plea bargain agreements with the State, the trial
court sentenced appellant on February 16, 2004, to confinement for 20 years= imprisonment in the Texas Department
of Criminal Justice, Institutional Division, with sentences to run
concurrently.  No timely motions for new
trial were filed.  Appellant=s notices of appeal were not filed until
December 6, 2004.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, the appeals are ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 7, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App. P. 47.2(b).